CIVIL COMPLAINT FORM TO BE USED BY A *PRO SE* PRISONER

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

Claude Edwin Singer  QQ3423
**Full Name of Plaintiff    Inmate Number**

Civil No. 3:25-CV-2257
(to be filled in by the Clerk's Office)

v.

Slate Belt Medical Center
**Name of Defendant 1**

(__) Demand for Jury Trial
(__) No Jury Trial Demand

Northhampton County Sheriffs Department
**Name of Defendant 2**

Northhampton County Prison
**Name of Defendant 3**

FILED
SCRANTON

NOV 25 2025

PER ___DJ___
DEPUTY CLERK

Sober Health Care Group
**Name of Defendant 4**

_____
**Name of Defendant 5**

(Print the names of all defendants. If the names of all defendants do not fit in this space, you may attach additional pages. Do not include addresses in this section).

I.   NATURE OF COMPLAINT

Indicate below the federal legal basis for your claim, if known.

  ✓   Civil Rights Action under 42 U.S.C. § 1983 (state, county, or municipal defendants)

  ___  Civil Rights Action under Bivens v. Six Unknown Federal Narcotics Agents, 403 U.S. 388 (1971) (federal defendants)

  ___  Negligence Action under the Federal Tort Claims Act (FTCA), 28 U.S.C. § 1346, against the United States

## II. ADDRESSES AND INFORMATION

### A. PLAINTIFF

Singer Claude E
Name (Last, First, MI)

QQ3423
Inmate Number

Sci Camp Hill  Camp Hill PA
Place of Confinement

2500 Lisburn Rd  PO Box 8837
Address

Camp Hill, Cumberland Co, PA, 17001
City, County, State, Zip Code

Indicate whether you are a prisoner or other confined person as follows:
- ___ Pretrial detainee
- ___ Civilly committed detainee
- ___ Immigration detainee
- ✓ Convicted and sentenced state prisoner
- ___ Convicted and sentenced federal prisoner

### B. DEFENDANT(S)

Provide the information below for each defendant. Attach additional pages if needed.

Make sure that the defendant(s) listed below are identical to those contained in the caption. If incorrect information is provided, it could result in the delay or prevention of service of the complaint.

Defendant 1:

Slate Belt Medical Center
Name (Last, First)

Current Job Title

Slate Belt Blvd
Current Work Address

Bangor, Northampton Co, PA, 18013
City, County, State, Zip Code

Page 2 of 6

Defendant 2:

Northhampton County Sheriffs Dept

Name (Last, First)

Current Job Title

6609 Walnut St

Current Work Address

Easton, Northhampton Co, PA, 18235

City, County, State, Zip Code

Defendant 3:

NorthHampton County Prison

Name (Last, First)

Current Job Title

666 Walnut St

Current Work Address

Easton, NorthHampton Co, 18235

City, County, State, Zip Code

Defendant 4:

Saber Health Care Group

Name (Last, First)

Current Job Title

23700 Bommerce Park Rd

Current Work Address

Beachwood     OH, 44127

City, County, State, Zip Code

Defendant 5:

Name (Last, First)

Current Job Title

Current Work Address

City, County, State, Zip Code

Page 3 of 6

## III. STATEMENT OF FACTS

State only the facts of your claim below. Include all the facts you consider important. Attach additional pages if needed.

A. Describe where and when the events giving rise to your claim(s) arose.

Beginning in December of 2024 at Slate Hill Medical Center in Bangor PA where I was falsely accused and arrested and on Jan 1st 2025 and Northhampton County Prison where I continued on other page

B. On what date did the events giving rise to your claim(s) occur?

December 2024 to January 1st 2025

C. What are the facts underlying your claim(s)? (For example: What happened to you? Who did what?)

I was in rehab at At Slate Belt Medical Rehab from Aug 2024 to December 2024. While there my health insurance lapsed. When this happened Slate Belt Medical told me I had to leave. I called my insurance and they said they could not make me leave and that my insurance would be active again starting January 2025. After I refused to leave Slate Belt Medical someone there found out I had a bench warrant for a DUI and called in to have me arrested for it. They also made a false claim that I threatened to shoot another person in the head. On January 1st 2025 a Northhampton County Sheriffs Deputy showed up at Slate Belt Medical Center to arrest me on the bench warrant. I was taken out of Slate Belt Medical Center in a wheelchair and was put in the back of a patrol car where I could not move and was in pain the entire time. I was transported to Northhampton County Prison. When we got to the prison I was refused a wheelchair or walker

(continued on 2nd page)

## III. Statement of facts (continued)

C. and forced to walk approximately 200 yards into the prison without assistance. Upon arriving to the prison I was not given a medical evaluation. The Corrections Officers that were present said someone named Lauren from medical said "fuck him put him in a cell." I was given a walker long enough to get to a cell and it was then taken away again. I made it to the bed and layed down. Later I got up to use the toilet. I used the walls to guide myself to the toilet and used it. After finishing I stood up and while trying to pull up my jumpsuit I fell and hit my head on the wall knocking myself unconscious. After regaining consciousness I began calling for an officer to help me because I was laying in a puddle of blood coming from my head. When the officer arrived at my cell he saw the blood and called medical and 911. I lay there for about another hour waiting for medical treatment and ended up passing out again and medical was still not there. The next time I woke up I was in the Hospital. I recieved 9 stitches in my head. After the Hospital I was taken Back to NorthHampton County Prison and this time they had the required wheelchair waiting for me. I was also taken to medical housing this time as I should have been the first time. While in Medical Housing I fell a second time onto my wheelchair. I hit under my arm and got severe bruising and internal bleeding. I was denied anything for pain. Pictures were taken of injuries

III

A. denied needed medical devices that led to injury.

IV. **LEGAL CLAIM(S)**

You are not required to make legal argument or cite any cases or statutes. However, state what constitutional rights, statutes, or laws you believe were violated by the above actions. If you intend to assert multiple claims, number and set forth each claim in separate paragraphs. Attach additional pages if needed.

I was denied my medical assessment upon entering the prison and refused proper medical devices such as a walker or wheelchair Violated Americans with Disabilities Act

V. **INJURY**

Describe with specificity what injury, harm, or damages you suffered because of the events described above.

Nine Stitches in my head, internal bleeding, severe pain and suffering

VI. **RELIEF**

State exactly what you want the court to do for you. For example, you may be seeking money damages, you may want the court to order a defendant to do something or stop doing something, or you may be seeking both types of relief. If you are seeking monetary relief, state your request generally. Do not request a specific amount of money.

Monetary relief

## VII. SIGNATURE

By signing this complaint, you represent to the court that the facts alleged are true to the best of your knowledge and are supported by evidence, that those facts show a violation of law, and that you are not filing this complaint to harass another person or for any other improper purpose.

Local Rule of Court 83.18 requires *pro se* plaintiffs to keep the court informed of their current address. If your address changes while your lawsuit is being litigated, you must immediately inform the court of the change in writing. By signing and submitting the complaint form, you agree to provide the Clerk's Office with any changes to your address where case-related papers may be served, and you acknowledge that your failure to keep a current address on file with the Clerk's Office may result in dismissal of your case.

x *Claude Inger* (signature)
Signature of Plaintiff

11-3-2025
Date

**US POSTAGE** PITNEY BOWES

ZIP 17011 $ 002.72⁰
02 4W
0000375947 NOV 21 2025

Inmate Mail
PA DEPT. OF
CORRECTIONS

Claude Singe
QQ3423
SCI Camp Hill
Legal Mail
2500 Lisburn Rd,
PO Box 8837
Camp Hill PA-17001

U.S. District Court
Middle District of Pennsylvania
235 N Washington Ave
P.O. Box 1148
Scranton, PA 18501-1148

**USMS X-RAY**

RECEIVED
SCRANTON
NOV 25 2025
PER _____ DEPUTY CLERK