**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

CLAUDE E. SINGER,                                    :
    Plaintiff,                                    :
                                                          :
    v.                                                    :                 No. 5:25-cv-6754
                                                          :
NORTHAMPTON COUNTY                            :
PRISON, *et al.*,                                    :
    Defendants.                                    :

**O R D E R**

**AND NOW**, this 27th day of May, 2026, upon consideration of Claude E. Singer's *pro se* Second Amended Complaint, ECF No. 16, **IT IS ORDERED THAT**:

1.    Singer's Second Amended Complaint, ECF No. 16, is **DISMISSED WITH PREJUDICE** for failure to state a claim, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii), for the reasons stated in the Court's Memorandum.

2.    The Clerk of Court shall **CLOSE** this case.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge

1
052726